UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 15 2019 ★

BROOKLYN OFFICE

---

JANNINE KOURBAGE,

              Plaintiff,

v.

THERMIGEN, LLC, THERMIEYES, ALMIRALL, S.A., KEVIN O'BRIEN, GREG ALMOND, AND KATHRYN HINDERLAND,

              Defendants.

18-CV-1360 (JBW)(JO)

**STIPULATION OF VOLUNTARY DISCONTINUANCE**

---

IT IS HEREBY STIPULATED by and between the attorneys for the parties in the above-referenced matter that the Complaint is hereby withdrawn in its entirety and the action and all claims asserted against Defendants therein are hereby voluntarily discontinued with prejudice.

All parties shall bear their own costs and fees.

Dated: New York, New York
July 8th, 2019

By: _____
Anne Donnelly Bush, Esq.
LAW OFFICES OF ANNE DONNELLY BUSH
43 West 43rd Street, Ste. 117
New York, New York 10036-7424
Tel.: (914) 239-3801
Fax: (914) 219-3145
Anne@annedonnellybush.com
*Attorneys for Plaintiff*

Dated: New York, New York
July 8, 2019

By: _____
Louis P. DiLorenzo (LD-3988)
BOND, SCHOENECK & KING, PLLC
600 Third Avenue, 22nd Floor
New York, New York 10016
Tel.: (646) 253-2300
Fax: (646) 253-2301
ldilorenzo@bsk.com
*Attorneys for Defendants*

Close the case
So ordered
7/10/19

128475.6 7/1/2019